**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 64 EM 2023

                            :

            Plaintiff          :   Court of Common Pleas of

                            :   Philadelphia County

      v.                       :   Trial Division

                            :   No. CP-51-CR-0009325-2021

RICHARD NICOLETTI,             :

                            :

           Defendant.       :   Change of Venue

## ORDER

**AND NOW**, this 28th day of August 2023, the Honorable Roxanne E. Covington of the Court of Common Pleas of Philadelphia County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584, it is hereby **ORDERED** that this case is transferred to the Court of Common Pleas of Dauphin County pursuant to Pa.R.Crim.P. 584.

_____

Chief Justice Debra Todd